[No. 3878.   Decided April 11, 1902.]

MOUNTAIN LION GOLD MINING CO., *Appellant*, v. FERRY COUNTY
*et al.*, *Respondents*.

Appeal from Superior Court, Ferry County.—Hon. CHARLES H.
NEAL,. Judge.   Affirmed.

*Hand, Taylor & Graves*, for appellant.

*M. E. Jessoph*, Prosecuting Attorney, and *L. C. Jesseph*, for
respondents.

PER CURIAM.—The questions involved in this case are similar
to those discussed and passed upon by this court in case No.
3,877, which is entitled *Eureka District Gold Mining Company v.
Ferry County et al., ante*, p. 250.   There is no record of the board
of equalization shown in this case by which appellant sought a
reduction of the value placed upon the property by the assessor.
There is some oral evidence to the effect that such an application
was made and refused.   We think, however, that the evidence is
sufficient to sustain the court's finding that the valuation was not
excessive.   All other questions involved here are discussed in the
other case, and on the authority thereof the judgment in this case
is affirmed.

---

[No. 4223.   Decided May 21, 1902.]

28  734
Case 2
e40  577

CHARLES K. METLER, *Appellant, v.* MATTIE E. METLER, *Respondent*.

Appeal from Superior Court, King County.—Hon. G. MEADE
EMORY, *Judge*.

*Herbert E. Snook*, for appellant.

*Gray & Tait* and *Byers & Byers*, for respondent.

PER CURIAM.—The appeal in this case is from an order vacat-
ing a judgment, and motion is made by the respondent to dismiss
the appeal for the reason that such order is not an appealable
order.   Under the rule announced in *Freeman v. Ambrose*, 12
Wash. 1 (40 Pac. 381), and *Nelson v. Denny*, 26 Wash. 327 (67
Pac. 78), the motion must be sustained and the appeal dismissed.